# EXHIBIT

# A

| | |
|---|---|
| **From:** | Tom Howley |
| **Sent:** | Tuesday, December 12, 2017 8:53 AM CST |
| **To:** | 'gary_chien'; 'Simon Shih'; 'Ivan' |
| **CC:** | 'jenny_chiu' |
| **Subject:** | RE: [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy |

Ok..

Understand

Please send

**From:** gary_chien [mailto:gary_chien@lannerinc.com]
**Sent:** Tuesday, December 12, 2017 4:43 AM
**To:** 'Tom Howley' <tom_howley@lannerinc.com>; 'Simon Shih' <simon_shih@lannerinc.com>; 'Ivan' <ivan_fan@lannerinc.com>
**Cc:** 'jenny_chiu' <jenny_chiu@lannerinc.com>
**Subject:** RE: [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy

Hi Tom,

Simon is talking about the RR8000 not LVC-5000-SV2 sample.
In previous, SV asks having higher hardness of painting on RR8000 and that's why Simon making a colour template for re-confirmation.
Please forward the template to SV once received.

*yours,*
*Gary*
*Skype: gary10021*

**From:** Tom Howley [mailto:tom_howley@lannerinc.com]
**Sent:** Monday, December 11, 2017 10:28 PM
**To:** 'Simon Shih'; 'Ivan'
**Cc:** 'gary_chien'; 'jenny_chiu'
**Subject:** RE: [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy

Hi Simon,

This is just for a mock up sample..

Please go forward and consult Gary for color match to RR-8000

Regards,

Tom

**From:** Simon Shih [mailto:simon_shih@lannerinc.com]
**Sent:** Monday, December 11, 2017 3:50 AM
**To:** 'Tom Howley' <tom_howley@lannerinc.com>; 'Ivan' <ivan_fan@lannerinc.com>
**Cc:** 'gary_chien' <gary_chien@lannerinc.com>; 'jenny_chiu' <jenny_chiu@lannerinc.com>
**Subject:** RE: [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy

Hi, Ivan and Tom,
I'll forward 2 pcs of painting sample to you and please help send them to SV for chosen and approval. 1 is painting with 485c and texture and another is painting with 485c, texture and sand blasting.

--
regards,
Simon
Shih
Product Management Department
II Product Center
Lanner Electronics Inc.
7F, No.173, Sec.2, Datong Rd., Xizhi District, New Taipei City 221, Taiwan
+886 2 86926060 ext 1115
www.lannerinc.com

**From:** gary_chien [mailto:gary_chien@lannerinc.com]
**Sent:** Monday, October 30, 2017 10:09 AM
**To:** 'Simon Shih'; 'Tom Howley'
**Subject:** RE: [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy

Hi Simon,

You need to provide the cost difference to me and sample of painting improvement send to SV/ Tom for double checking, not a good idea to confirm via picture.
I cannot tell the difference from the picture showing.



*yours,*
*Gary*
*Skype: gary10021*

---

**From:** Simon Shih [mailto:simon_shih@lannerinc.com]
**Sent:** Monday, October 30, 2017 10:00 AM
**To:** 'Tom Howley'
**Cc:** 'gary_chien'
**Subject:** [RR8000] Painting Hardness improve of Chassis of Aluminum Alloy

Hi, Tom,
Please find the attachment for the chassis painting hardness improvement sample and reply which sample color is ok ASAP.

*--*

*regards,*

*Simon Shih*

*Product Management Department II*
*Product Center*
*Lanner Electronics Inc.*
*7F, No.173, Sec.2, Datong Rd., Xizhi District, New Taipei City 221, Taiwan*
*+886 2 86926060 ext 1115*
[www.lannerinc.com](www.lannerinc.com)

---

| | |
|---|---|
| **From:** | Louie Ramirez |
| **Sent:** | Friday, August 3, 2018 1:15 PM CDT |
| **To:** | jason_lee@lannerinc.com |
| **Subject:** | Safety Vision RMA Request |

Hello,

RMA180094 is RMA# for this requested. Kindly return the failed units/parts to:

**LEI Technology Canada Ltd.**
RMA Department
3160A Orlando Drive
Mississauga Ontario
Canada L4V 1R5

RMA unit: RR8000  s/n:???

RMA number must be clearly identified and visible on the outside of the box.
Please print out and include this RMA request in the return package.
LEI Technology Canada Ltd is not responsible for any lost or damaged product due to insufficient packaging and will not be responsible for any damage or lost part during shipping due to improper customer packaging.
**NOTICE:**
**All RMA numbers are valid for thirty (30) days from the date of issuance. It is the responsibility of the customer to ensure the material is returned within this time frame. Any RMA returned without an RMA number will be rejected by our RMA department.**

Regards,
Louie Ramirez
RMA Dept. / **LEI Technology Canada Ltd.**
http://www.lannerinc.com
Toll Free: 1 877-813-2132 ext 130
Email: louie_ramirez@lannerinc.com

| | |
|---|---|
| **From:** | jimmy_su |
| **Sent:** | Wednesday, January 8, 2020 10:54 PM CST |
| **To:** | 'daren khatib' |
| **CC:** | 'geoffrey egger'; 'Sam_Lee'; 'rex_wu'; 'scott_chang'; 'jones_chung'; 'jamesph_chen' |
| **Subject:** | FW: identifying scenario of 8000 PSU CONVERSION |
| **Attachments:** | RR8000 Power Reliability Assurance Test Report 20200109.pdf, SalemTransit_Lanner.pdf, solution.png, RR8000 Power Reliability Assurance Test Report 20200109. |

Dear Daren,

In case if you like to have a modification the description on report items, I attached the doc file to you for

reference! B,R,

Jimmy

---

**From:** jimmy_su [mailto:jimmy_su@lannerinc.com]
**Sent:** Thursday, January 09, 2020 12:43 PM
**To:** 'daren khatib'; 'gary chien'; 'ben_chen'; 'chester_chung'; 'spencer_chou'; 'tony_ghchen'; 'watson_lee'; '陳睿緒'; 'I-Ling CHEN'; 'Sam_Lee'; 'Tom Howley'; 'dea
'peter nam'; 'vince_leu'
**Subject:** RE: identifying scenario of 8000 PSU CONVERSION

Dear Daren,

Thanks for your efforts to get those useful information, it is very helpful that let us clear on layouts, pin definition and distribution situation of powe consumption, Now we get the whole picture for SV field-side installing. But, S.V still do not provide the PSU datasheet to us, anyway;.

**Lanner RD team have done some validated tests to double check the power SPEC. of RR 8000 last week.**
During the period on customer's holidays, we strictly test the maximum loading on 12V, 48V inputs and 24V on
relay-by-pass. We also check the relay control circuit, lowest boot up voltage and inrush current condition when relay
on/off …etc.
You can refer to enclosed report: "RR8000 Power Reliability Assurance Test Report 20200109.pdf ",  *Lanner absolutely believe RR-8000 meets it's*

**Regarding the why S.V emphasize that RR8000 must be added a "24V-12V DC Convertor" and a "24V DC Relay" for stability on filed-side applica**
Lanner believed it is a  power consumption distribution issue; In the "Salem Transit lanner.pdf" case, you can see~

- 7 PoE cameras**(25.5W+13W)** connect to **RR8000-NVR/128POE board(10W)** and **8000-PWR-SUPPLY**, its PoE 48V/24V source from **"MAIN"** pin on with **vehicle battery power**
- LTE/GPS/WIFI **SV-IPBR900LP6(20.25W)** connect to **RR8000-NVR/relay-by-pass** and **8000-PWR-SUPPLY,**  24V source from **"MAIN"** pin on "**SV PS vehicle battery power**
- 5 PoE cameras**(9W+19.5W)** connect to **SV-SWITCH-8( 9.8W)** and  extra **24V RELAY,** its PoE 48V/24V source from **vehicle battery power** directly.

- SV remains **RR8000-NVR (50W)** only connect to **SV 24VDC Convertor** to **"LOAD"** pin of **UPS** for **15min shutdown delay and system grateful shu**

You can have a simple calculation, once SV connect **8000-PWR-SUPPLY** to **"LOAD"** pin of **"SV PSU"** alone, there is a total 160W power requireme devices, A **160W** power **transition** is not a problem by **8000-PWR-SUPPLY** adapter, but the **160W** power **need to** keep for **15min delay and 2min s shutdown**,
If S.V would like to have a stabilized in such kind of system application, Lanner will recommend to equip a **UPS** which inside **battery capacity** is ove
**The Solution recommendation from Lanner for "Salem Transit" case;**

In fact, SV engineer have cleverly **changed the power source** by a extra **24 Relay** and **48V/PoE** output of **8000-PWR-SUPPLY** to **vehicle battery po**

They just need to **take advantage of RR8000 wide voltage input (9~36V)** to connect **"LOAD"** pin on **SV UPS** to **DC_IN(+/-)**

on **RR8000-NVR. No need** a extra **24 /12V power convertor** for application.



Have a
nice
day!
Jimmy

**From:** daren khatib [mailto:daren_khatib@lannerinc.com]
**Sent:** Monday, January 06, 2020 9:02 PM
**To:** 蘇銘龍; gary chien; ben_chen; chester_chung; spencer_chou; tony_ghchen; watson_lee; 陳睿緒; I-Ling CHEN; Sam_Lee; Tom Howley; dean mcarthur; geoffr
**Subject:** Fwd: identifying scenario of 8000 PSU CONVERSION

Hi everyone,

Please find Safety Visions responses below in **this font.** along with their URL to the updated files.

Thanks,

Daren