# EXHIBIT

# B

**From:** Patrick McGettigan  pmcgettigan@inhousegc.com
**Subject:** Request to Confer on objections to RFP
**Date:** May 3, 2023 at 1:08 PM
**To:** Staci Vetterling  SVetterling@hartlinebarger.com

Staci:

Prior to filing a motion on discovery objections, this is to request a date and time to confer with you on the Defendants objections to the Plaintiff's RFP Nos. 10, 12,16,17, 18 19, 20 and 21. A copy of the Response filed by Defendants is attached.

I am available anytime tomorrow afternoon (5/4), Friday(5/5), Monday (5/8)  or Tuesday (5/9). My preference is the earliest possible date that your schedule permits.

Discovery cut-off is June 12. I intend to file the Motion early next week.

Patrick McGettigan



D Resp to RFP 111422.pdf

**From:** **Staci Vetterling** SVetterling@hartlinebarger.com 
**Subject:** Safety Vision v. LEI
**Date:** May 17, 2023 at 9:15 AM
**To:** Patrick McGettigan  pmcgettigan@inhousegc.com



Patrick,

As we discussed, I am working with my clients in Taiwan to provide you with additional documents.  I hope to have those to you by the end of the week.  I am also working to confirm depositions as requested.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
T: (713) 951-4224
F: (713) 951-4124
svetterling@hartlinebarger.com
HartlineBarger.com



**From:** Staci Vetterling SVetterling@hartlinebarger.com 
**Subject:** Re: [EXTERNAL] Re: Safety Vision v. LEI
**Date:** May 20, 2023 at 3:12 PM
**To:** Patrick McGettigan pmcgettigan@inhousegc.com
**Cc:** Mysti Pride mpride@inhousegc.com

Correct, I cannot confirm the depo for Monday.  I will work on a new date asap.  I'm good to agree to extend discovery period to 6/30.

Thanks,
Staci

Sent from my iPhone

> On May 20, 2023, at 2:09 PM, Patrick McGettigan <pmcgettigan@inhousegc.com> wrote:
>
> Staci:
> Per our phone call late yesterday afternoon, you indicated you had not received confirmation from Egger that he was intending to be present for his scheduled deposition for Monday, May 22. We agreed to wait until noon today before deciding to mutually agree on cancellation. Since you have not confirmed, I take it you have not received confirmation. Therefore, I am going to inform the court reporter and others that the deposition for Monday will not occur.
>
> Meanwhile, I am requesting your confirmation and a new date as soon as possible. I am available Tuesday or Wednesday.
>
> And, you should have the documents we have discussed for weeks, assuming you get assistance from Taiwan on the password.
> Expert deposition date? June 8?
>
> Let's chat on Monday and enter into an agreement for completing discovery by June 30 due to the communication difficulties in your reaching Lanner in Taiwan.  If possible, I would like to reach an understanding that works for both of us without involving the Court if possible.
>
> Patrick McGettigan
> Attorney At Law
> 2802 Flintrock Trace
> Suite  367
> Austin, Texas 78738
>
> 512-748-8371 cell
> 512-727-1879 fax
> www.inhousegc.com
>
>
> **From:** Staci Vetterling <SVetterling@hartlinebarger.com>
> **Date:** Wednesday, May 17, 2023 at 9:15 AM
> **To:** "pmcgettigan@inhousegc.com" <pmcgettigan@inhousegc.com>
> **Subject:** Safety Vision v. LEI
>
> Patrick,

Patrick,

As we discussed, I am working with my clients in Taiwan to provide you with additional documents.  I hope to have those to you by the end of the week.  I am also working to confirm depositions as requested.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
T: (713) 951-4224
F: (713) 951-4124
svetterling@hartlinebarger.com
HartlineBarger.com

<image001.png>





**From:** Staci Vetterling SVetterling@hartlinebarger.com
**Subject:** RE: [EXTERNAL] Re: Safety Vision v. LEI
**Date:** May 24, 2023 at 8:27 AM
**To:** McGettigan pmcgettigan@inhousegc.com
**Cc:** Mysti Pride mpride@inhousegc.com

Patrick,

Please see attached Rule 11 Agreement.  I have also been about to talk to my overseas clients and should have additional documents and a deposition date shortly.

Thanks,
Staci

**Staci Vetterling
Of Counsel**
Hartline Barger LLP
T: (713) 951-4224

**From:** McGettigan [mailto:pmcgettigan@inhousegc.com]
**Sent:** Tuesday, May 23, 2023 4:50 PM
**To:** Staci Vetterling <SVetterling@hartlinebarger.com>
**Cc:** Mysti Pride <mpride@inhousegc.com>
**Subject:** Re: [EXTERNAL] Re: Safety Vision v. LEI

And? New date? Password fixed? Letter agreement on extension? Please advise asap.

Patrick McGettigan

> On May 20, 2023, at 3:12 PM, Staci Vetterling <SVetterling@hartlinebarger.com> wrote:
>
>  Correct, I cannot confirm the depo for Monday.  I will work on a new date asap.  I'm good to agree to extend discovery period to 6/30.
>
> Thanks,
> Staci
>
> Sent from my iPhone
>
>> On May 20, 2023, at 2:09 PM, Patrick McGettigan <pmcgettigan@inhousegc.com> wrote:
>>
>> Staci:
>> Per our phone call late yesterday afternoon, you indicated you had not received confirmation from Egger that he was intending to be present for his scheduled deposition for Monday, May 22. We

present for his scheduled deposition for Monday, May 22. We agreed to wait until noon today before deciding to mutually agree on cancellation. Since you have not confirmed, I take it you have not received confirmation. Therefore, I am going to inform the court reporter and others that the deposition for Monday will not occur.

Meanwhile, I am requesting your confirmation and a new date as soon as possible. I am available Tuesday or Wednesday.

And, you should have the documents we have discussed for weeks, assuming you get assistance from Taiwan on the password. Expert deposition date? June 8?

Let's chat on Monday and enter into an agreement for completing discovery by June 30 due to the communication difficulties in your reaching Lanner in Taiwan.  If possible, I would like to reach an understanding that works for both of us without involving the Court if possible.

Patrick McGettigan
Attorney At Law
2802 Flintrock Trace
Suite  367
Austin, Texas 78738

512-748-8371 cell
512-727-1879 fax
www.inhousegc.com

---

**From:** Staci Vetterling <SVetterling@hartlinebarger.com>
**Date:** Wednesday, May 17, 2023 at 9:15 AM
**To:** "pmcgettigan@inhousegc.com" <pmcgettigan@inhousegc.com>
**Subject:** Safety Vision v. LEI

Patrick,

As we discussed, I am working with my clients in Taiwan to provide you with additional documents.  I hope to have those to you by the end of the week.  I am also working to confirm depositions as requested.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**

Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
T: (713) 951-4224
F: (713) 951-4124
svetterling@hartlinebarger.com
HartlineBarger.com

<image001.png>



Rule 11 re discov...n.docx