# EXHIBIT

# C

EMAIL to opposing counsel
On Jun 20, 2023, at 9:01 PM, Patrick McGettigan
<pmcgettigan@inhousegc.com> wrote:

 Staci:

We have sorted and ingested the massive production Lanner made on or about May 30 and May
31. This production was due several months before and I was lead to believe it was going to
happen long before May 30. Our 3rd party discovery and electronic software provider and team
has determined that this batch ("email correspondence produced in native format" not bate
stamped) did NOT include internal Lanner/LEI emails between Lanner and LEI personnel except
for 3-4 emails!! The total count of this production was 9,468 documents.  The massive number of
emails between SV and Lanner establishes that Lanner and LEI had to have hundreds of internal
emails among their employees and others about  SV, the ODM Agreement, the Product, and the
reported failures, defects, deficiencies and shortcomings.

Yet, Defendants produced Bate Stamp Nos. LEI 00001-217 on or about  November 15, 2022. In
that production, Lanner produced internal emails, such as LEI 000076-77 showing 15 persons
within Lanner, copied from that January 14, 2020 email, as shown below

*From: Jimmy_Su <jimmy_su@lannerinc com>*
*Sent: Tuesday, January 14, 2020 9:29 PM*
*To: Dean_Mcarthur <dean_mcarthur@lannerinc com>*
*Cc: 'daren khatib' <daren_khatib@lannerinc com>; Gary_Chien <gary_chien@lannerinc*
*com>; Ben_Chen <ben_chen@lannerinc com>; Chester_Chung <chester_chung@lannerinc*
*com>; Spencer_Chou*
*<spencer_chou@lannerinc com>; Tony_Ghchen <tony_ghchen@lannerinc com>; Watson_Lee*
*<watson_lee@lannerinc com>; Ap_Chen <ap_chen@lannerinc com>; ling_Chen*
*<iling_chen_hq@lannerinc com>; Sam_Lee <sam_lee@lannerinc com>; Tom_Howley*
*<tom_howley@lannerinc com>; Geoffrey_Egger <geoffrey_egger@lannerinc com>;*
*Peter_Nam*
*<peter_nam@lannerinc com>; 'vince_leu' <vince_leu@lannerinc com>*
*Subject: RE: identifying scenario of 8000 PSU CONVERSION*


This lack of production of internal emails is glaring, conspicuous and leads me to surmise that
Lanner is withholding documents.  This email is to give you and your client an opportunity to
confer on this omission and refusal to produce all the internal communication (emails)
documents within 5 days. I am available to confer tomorrow or Thursday at a time that works for
you.

Note that Defendants filed "Supplemental" Response to ROGS and RFP, and Amended
Disclosures on June 12, 2023, the last formal day of discovery and after the depositions of Egger,
Chou and Crouse.  The production on May 30 and 31, I presume is the "email correspondence
produced in native format" was referenced as such in the Supplemental Responses.

*Patrick McGettigan*

**From:** **Staci Vetterling** SVetterling@hartlinebarger.com
**Subject:** RE: [EXTERNAL] Re: Lanner recent production of large batch at end of May OMITS INTERNAL EMAILS
**Date:** June 27, 2023 at 8:15 AM
**To:** McGettigan  pmcgettigan@inhousegc.com



They confirmed that all emails related to Safety Vision were provided.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**
Hartline Barger LLP
T: (713) 951-4224

---

**From:** McGettigan [mailto:pmcgettigan@inhousegc.com]
**Sent:** Monday, June 26, 2023 5:24 PM
**To:** Staci Vetterling <SVetterling@hartlinebarger.com>
**Subject:** Re: [EXTERNAL] Re: Lanner recent production of large batch at end of May OMITS INTERNAL EMAILS

Any update on production?

Patrick McGettigan

> On Jun 22, 2023, at 1:03 PM, McGettigan <pmcgettigan@inhousegc.com>
> wrote:
>
> Yes. I would like to know how and why the internal  emails are missing. The
> methods they use for making a search does not mean much to me. Remove?
>  I will call you around 9:30 if that works for you.
>
> Patrick McGettigan

>> On Jun 22, 2023, at 12:58 PM, Staci Vetterling
>> <SVetterling@hartlinebarger.com> wrote:
>>
>>
>> I requested another search of LEI emails from the client, but they
>> didn't remove anything from the prior search results.  I can talk
>> tomorrow morning if you would like.
>>
>> **Staci Vetterling**
>> **Of Counsel**
>> Hartline Barger LLP
>> T: (713) 951-4224

**From:** McGettigan [mailto:pmcgettigan@inhousegc.com]
**Sent:** Thursday, June 22, 2023 12:49 PM
**To:** Staci Vetterling <SVetterling@hartlinebarger.com>
**Cc:** Mysti Pride <mpride@inhousegc.com>
**Subject:** [EXTERNAL] Re: Lanner recent production of large batch at end of May OMITS INTERNAL EMAILS

Confer time later today? Tomorrow morning?

Patrick McGettigan

On Jun 20, 2023, at 9:01 PM, Patrick McGettigan <pmcgettigan@inhousegc.com> wrote:

Staci:
We have sorted and ingested the massive production Lanner made on or about May 30 and May 31. This production was due several months before and I was lead to believe it was going to happen long before May 30. Our 3rd party discovery and electronic software provider and team has determined that this batch ("email correspondence produced in native format" not bate stamped) did NOT include internal Lanner/LEI emails between Lanner and LEI personnel except for 3-4 emails!! The total count of this production was 9,468 documents.  The massive number of emails between SV and Lanner establishes that Lanner and LEI had to have hundreds of internal emails among their employees and others about  SV, the ODM Agreement, the Product, and the reported failures and defects.

Yet, Defendants produced Bate Stamp Nos. LEI 00001-217 on or about  November 15, 2022. In that production, Lanner produced internal emails, such as LEI 000076-77 showing 15 persons within Lanner, copied from that January 14, 2020 email, as shown below

*From: Jimmy_Su <jimmy_su@lannerinc com>*
*Sent: Tuesday, January 14, 2020 9:29 PM*
*To: Dean_Mcarthur <dean_mcarthur@lannerinc*

*com>*
*Cc: 'daren khatib' <daren_khatib@lannerinc*
*com>; Gary_Chien <gary_chien@lannerinc*
*com>; Ben_Chen <ben_chen@lannerinc com>;*
*Chester_Chung <chester_chung@lannerinc*
*com>; Spencer_Chou*
*<spencer_chou@lannerinc com>; Tony_Ghchen*
*<tony_ghchen@lannerinc com>; Watson_Lee*
*<watson_lee@lannerinc com>; Ap_Chen*
*<ap_chen@lannerinc com>; ling_Chen*
*<iling_chen_hq@lannerinc com>; Sam_Lee*
*<sam_lee@lannerinc com>; Tom_Howley*
*<tom_howley@lannerinc com>; Geoffrey_Egger*
*<geoffrey_egger@lannerinc com>; Peter_Nam*
*<peter_nam@lannerinc com>; 'vince_leu'*
*<vince_leu@lannerinc com>*
*Subject: RE: identifying scenario of 8000 PSU*
*CONVERSION*

This lack of production of internal emails is
glaring, conspicuous and leads me to surmise
that Lanner is withholding documents.  This email
is to give you and your client an opportunity to
confer on this omission and refusal to produce all
the internal communication (emails) documents
within 5 days. I am available to confer tomorrow
or Thursday at a time that works for you.

Note that Defendants filed "Supplemental"
Response to ROGS and RFP, and Amended
Disclosures on June 12, 2023, the last formal day
of discovery and after the depositions of Egger,
Chou and Crouse.  The production on May 30
and 31, I presume is the "email correspondence
produced in native format" was referenced as
such in the Supplemental Responses.


Patrick McGettigan