# EXHIBIT

# D



# RR8000-HDD TRAY ISSUE

**Short term / Long term solution**



LEI 000155

# Outline



- Short term solution
- Long term solution (update before this Friday)

LEI 000156

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

# Short term solution

LEI 000157

# Short term solution:
# ME first round solution 2019/9/20





HDD tray inside: Adding rubers *4 on top & bottom of inside tray.

LEI 000158

www.lannerinc.com

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

# Short term solution:
# ME first round solution 2019/9/20



HDD tray outside: Adding mylar on top of tray (outside) and mylar *2 on left & right side (outside) .



© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

LEI 000159
www.lannerinc.com

# Room Temp. Test Tools: Burn in Test (Stress)



We putted the system in the box without air flow to simulate the bus situation.



| Test point | Temp. |
|---|---|
| Point 1 Handle | 58.5°C |
| Point 2  Mylar | 41.0°C |



© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

LEI 000160

www.lannerinc.com

# 70°C test result (Burn in-test  3 hr)



We putted the system in chamber (70°C/3 hr).

| Test point | Temp. |
|---|---|
| Point 1  Handle | 83°C |
| Point 2  Mylar | 72.8°C |



© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

LEI 000161

www.lannerinc.com

# 2019/9/23 meeting



1. The simulation result on 9/20's suggestion is failed to meet high temp protection (still very hot).
2. Adopting ME Second round solution in next slide shown.

    Considering to the current mechanical architecture design, the best can do will be adding rubber on handle and front panel (shown in yellow pad)

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

LEI 000162

www.lannerinc.com

# Short term solution: ME Second round solution 2019/9/23



- Adding rubber on the Handle & Adding rubber in front of the panel (outside/ yellow part).
- 9/25 will acquire the rubber → ME will implement the solution → RA will implement the burn in test 65 ℃ & Room temp



LEI 000163

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

www.lannerinc.com

# Short term solution:
# Caution label solution 2019/9/23




LEI 000164

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

# Long term solution

LEI 000165

# Long term solution:
# ME Second round solution 2019/9/27



1. Enlarge the storage size and system chassis size for more area to support rubber to be covered on whole storage canister.

2. Drawing will be updated.

© Lanner Electronics Inc. All Rights Reserved. All product specifications are subject to change without notice.

LEI 000166

www.lannerinc.com

# Thank You

contact@lannerinc.com

www.lannerinc.com

© Lanner Electronics Inc. All Rights Reserved.
All product specifications are subject to change without notice.

LEI.000167