# EXHIBIT

# E



**From:** **Staci Vetterling** SVetterling@hartlinebarger.com  
**Subject:** Re: [EXTERNAL] Re: Safety Vision v. LEI  
**Date:** May 20, 2023 at 3:12 PM  
**To:** Patrick McGettigan  pmcgettigan@inhousegc.com  
**Cc:** Mysti Pride  mpride@inhousegc.com



Correct, I cannot confirm the depo for Monday.  I will work on a new date asap.  I'm good to agree to extend discovery period to 6/30.

Thanks,
Staci

Sent from my iPhone

> On May 20, 2023, at 2:09 PM, Patrick McGettigan <pmcgettigan@inhousegc.com> wrote:
>
> Staci:
> Per our phone call late yesterday afternoon, you indicated you had not received confirmation from Egger that he was intending to be present for his scheduled deposition for Monday, May 22. We agreed to wait until noon today before deciding to mutually agree on cancellation. Since you have not confirmed, I take it you have not received confirmation. Therefore, I am going to inform the court reporter and others that the deposition for Monday will not occur.
>
> Meanwhile, I am requesting your confirmation and a new date as soon as possible. I am available Tuesday or Wednesday.
>
> And, you should have the documents we have discussed for weeks, assuming you get assistance from Taiwan on the password.
> Expert deposition date? June 8?
>
> Let's chat on Monday and enter into an agreement for completing discovery by June 30 due to the communication difficulties in your reaching Lanner in Taiwan.  If possible, I would like to reach an understanding that works for both of us without involving the Court if possible.
>
> Patrick McGettigan
> Attorney At Law
> 2802 Flintrock Trace
> Suite  367
> Austin, Texas 78738
>
> 512-748-8371 cell
> 512-727-1879 fax
> www.inhousegc.com

**From:** Staci Vetterling <SVetterling@hartlinebarger.com>
**Date:** Wednesday, May 17, 2023 at 9:15 AM
**To:** "pmcgettigan@inhousegc.com" <pmcgettigan@inhousegc.com>
**Subject:** Safety Vision v. LEI

Patrick,

Patrick,

As we discussed, I am working with my clients in Taiwan to provide you with additional documents.  I hope to have those to you by the end of the week.  I am also working to confirm depositions as requested.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
T: (713) 951-4224
F: (713) 951-4124
svetterling@hartlinebarger.com
HartlineBarger.com

&lt;image001.png&gt;



**From:** **Staci Vetterling** SVetterling@hartlinebarger.com 
**Subject:** Safety Vision v. LEI
**Date:** May 17, 2023 at 9:15 AM
**To:** Patrick McGettigan  pmcgettigan@inhousegc.com



Patrick,

As we discussed, I am working with my clients in Taiwan to provide you with additional documents.  I hope to have those to you by the end of the week.  I am also working to confirm depositions as requested.

Thanks,
Staci

**Staci Vetterling**
**Of Counsel**
Hartline Barger LLP
1980 Post Oak Blvd., Suite 1800
Houston, TX 77056
T: (713) 951-4224
F: (713) 951-4124
svetterling@hartlinebarger.com
HartlineBarger.com

